UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Criminal No. 4:05CR40025-FDS |
| V. | ) ) | VIOLATIONS: 21 U.S.C. § 846-- |
| (1) NYDIA SHARAAI BERNABEL   A/K/A "NONNI"   A/K/A "NANNI" (2) MATTHEW MARSH | ) ) ) ) ) ) ) ) ) ) ) ) | Conspiracy to Distribute Cocaine Base 21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base 21 U.S.C. §853-- Criminal Forfeiture Allegation |

### INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)

The Grand Jury charges that:

Beginning in or about October, 2004 and continuing thereafter until in or about January, 2005, at Fitchburg and elsewhere in the District of Massachusetts,

**NYDIA SHARAAI BERNABEL, a/k/a "NONNI," a/k/a "NANNI,"
AND MATTHEW MARSH**

the defendants herein, did knowingly and intentionally conspire and agree with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 9, 2004, at Fitchburg in the District of Massachusetts,

**NYDIA SHARAAI BERNABEL, a/k/a "NONNI," a/k/a "NANNI,"
AND MATTHEW MARSH**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about November 9, 2004, at Fitchburg in the District of Massachusetts,

**NYDIA SHARAAI BERNABEL, a/k/a "NONNI," a/k/a "NANNI,"
AND MATTHEW MARSH**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 2 of this Indictment,

**NYDIA SHARAAI BERNABEL, a/k/a "NONNI," a/k/a "NANNI,"
and MATTHEW MARSH,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS					April 28, 2004 @ 2:18 PM


Returned into the District Court by the Grand Jurors and filed.

_____
~~Deputy~~ Clerk

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Fitchburg    **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Nydia Sharaai Bernabel    Juvenile: ☐ Yes  ☒ No

Alias Name: Nonni, Nanni

Address: _____

Birth date (Year only): 1972   SSN (last 4 #): 3170   Sex: F   Race: Hispanic   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: John A. Wortmann, Jr.    Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ 3 Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4-28-05    Signature of AUSA: [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Nydia Sharaai Bernabel

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2  21 USC 841(a)(1) | Distribution of Cocaine Base | 2, 3 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Fitchburg    **Related Case Information:**

**County** Worcester
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Matthew Marsh         Juvenile  ☐ Yes  ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): 1975   SSN (last 4 #): 2651   Sex M   Race: ___   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   John A. Wortmann, Jr.    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   [3] Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4.28.05    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Matthew Marsh

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2  21 USC 841(a)(1) | Distribution of Cocaine Base | 2, 3 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**