UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 05-40025-FDS |
| | ) |
| MATTHEW MARSH | ) |

*filed in open court 5/12/2005*

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that so much of the above-captioned indictment as applies to Matthew Marsh be unsealed. In support of this motion, the government states that the defendant was arrested on May 11, 2005, and that there is no further reason to keep the indictment as it applies to Marsh secret. The government requests that the indictment otherwise remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John M. Hodgens
John M. Hodgens
Assistant U.S. Attorney

Date: May 12, 2005

5-12-05
allowed