UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

### MOTION TO ENLARGE TIME FOR FILING DISCOVERY REQUEST LETTER

Now comes the Defendant, Matthew Marsh, in the above-entitled matter and respectfully requests that he may have an additional two weeks from June 28, 2005 to file his discovery request letter.  The reason for this motion is as follows:

1. Attorney for the Defendant had a family medical emergency arise;

2. Attorney for the Defendant has been in the hospital with his son since June 26, 2005 and has not been able to complete the discovery request letter

/s/  Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768