# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                         |   |                     |
|-----------------------------------------|---|---------------------|
| UNITED STATES OF AMERICA,               | ) |                     |
|                                         | ) |                     |
| v.                                      | ) | **CRIMINAL ACTION** |
|                                         | ) | **NO. 05-40025-FDS**|
| NYDIA SHARAII BERNABEL, ET AL           | ) |                     |
| Defendant,                              | ) |                     |

## INITIAL STATUS REPORT
### June 29, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has completed its obligation for automatic discovery and counsel for the Defendants have requested time to review that discovery with their clients. I have granted that request. If the Defendants intend to request additional discovery from the Government, they shall serve the Government with discovery request letters by July 18, 2005 and the Government shall serve its response to those letters by August 1, 2005.

2. Further Status Conference

A further status conference shall be held in this case on August 2, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal

Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from May 31, 2005 (date of expiration of prior order of excludable time) through August 2, 2005 (date by which discovery issues shall be resolved or identified). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, October 11, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE