UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NYDIA SHARAII BERNABEL, ET AL )<br>Defendant, )<br>) | CRIMINAL ACTION<br>NO. 05-40025-FDS |

ORDER OF EXCLUDABLE TIME
June 29, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 31, 2005 (date of expiration of prior order of excludable time) through August 2, 2005 (date by which discovery issues shall be resolved or identified) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE