UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40025-FDS** |
| NYDIA SHARAII BERNABEL and ) | |
| MATTHEW MARSH, ) | |
| Defendants, ) | |

**ORDER OF EXCLUDABLE TIME**
August 3, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 2, 2005 (date of expiration of prior order of excludable time) through September 12, 2005 (date by which the Government shall serve its response to Defendants' discovery request letters) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE