UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

**JOINT MOTION TO CONTINUE**

      The Defendant, Matthew Marsh, by Attorney Alan J. Black, The United States of America, by Lisa Asiaf, and Nydia Sharaai Bernabel, by Attorney Melvin Norris in the above-entitled matter respectfully requests that the Status Conference scheduled for September 14, 2005 at 3:45 p.m. be continued to September 28, 2005 at 2:30 p.m.  The reason for this motion is as follows:

1. Attorney Black was scheduled to be in Federal Court in Springfield Massachusetts in the case of USA v. Regino Santiago at 3:30 p.m. on September 14, 2005 and was not available at 3:45 p.m. to appear by phone.

      The parties agree that the time for the Defendants' initial appearance through September 28, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161 (h) (8) (A).

/s/  Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

/s/ Lisa Asiaf
Lisa Asiaf, AUSA

/s/ Melvin Norris
Melvin Norris, Esq.
Counsel for Nydia Sharaai Bernabel