UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NYDIA SHARAII BERNABEL and )<br>MATTHEW MARSH, )<br>Defendants, ) | **CRIMINAL ACTION<br>NO. 05-40025-FDS** |

**ORDER OF EXCLUDABLE TIME**
**September 30, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 14, 2005 (date of expiration of prior order of excludable time) through November 9, 2005 (date by which the Government should determine whether or not this case will be resolved without a trial) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE