UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>NYDIA SHARAII BERNABEL and )<br>MATTHEW MARSH,            )<br>    Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 05-40025-FDS** |

ORDER OF EXCLUDABLE TIME
November 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 9, 2005 (date of expiration of prior order of excludable time) through November 29, 2005 (date by which the counsel for the Defendants will have determined whether or not further discovery will be requested from the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE