UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NYDIA SHARAII BERNABEL and )<br>MATTHEW MARSH, )<br>    Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 05-40025-FDS** |

**ORDER OF EXCLUDABLE TIME**
November 30, 2005

**SWARTWOOD, C.M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 29, 2005 (date of expiration of prior order of excludable time) through December 21, 2005 (date of hearing on Defendants' discovery motion) shall be excluded from the Speedy Trial Act.

                                                      /s/Charles B. Swartwood, III
                                                      CHARLES B. SWARTWOOD, III
                                                      CHIEF MAGISTRATE JUDGE