**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| MATTHEW MARSH, | ) ) ) | **NO. 05-40025-FDS** |
| Defendant. | ) ) ) | |

**FINAL STATUS REPORT**
**February 27, 2006**

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Motion to Suppress</u>

The Defendant seeks a hearing on his motion (a search resulting from a motor vehicle stop) and the Government asks the Court to decide the case on the papers. The parties have requested that I return this case to Judge Saylor for a hearing/decision on the Defendant's Motion to Suppress. I have granted that request. Depending upon the resolution of this motion, this case will then be ready for trial or plea.

2.  <u>Discovery</u>

Completed.

3.  <u>Interpreter</u>

None needed.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the

period from February 23, 2006 (date of expiration of prior order of excludable time) through February 27, 2006 (date of final status). Therefore, assuming no further allowance for excludable time under the Plan for Prompt Disposition of Criminal Cases, this case must be tried on or before Monday, May 8, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE