UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## ASSENTED TO MOTION TO CONTINUE

The Defendant, Matthew Marsh in the above-entitled matter respectfully requests that the Motion to Suppress hearing currently scheduled for March 29, 2006 at 10:00 a.m. be continued to April 18, 2006 or April 19, 2006. The reason for this motion is as follows:

1. Attorney for the Defendant is scheduled to be in Hampden County Juvenile Court for a Motion to Suppress hearing in a juvenile murder case on March 29, 2006.

Assistant United States Attorney Lisa Asiaf has assented to this motion. The parties agree that the time for the Defendants' initial appearance through April 19, 2006 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161 (h) (8) (A).

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

/s/ Lisa Asiaf
Lisa Asiaf, AUSA