UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## MOTION TO ENLARGE TIME FOR FILING

Now comes the Defendant, Matthew Marsh in the above-entitled matter respectfully requests that the time in which to file his opposition be enlarged one day from May1, 2006 to May 2, 2006.  The reason for this motion is as follows:

1.    Attorney for the Defendant was in a Federal sentencing on Friday April 28, 2006 in the case of USA v. Aleksey Safanov and had been preparing for this hearing the week prior.

2.    Due to preparing for this sentencing Attorney for the Defendant has not been able to complete his opposition, but will have it completed by May 2, 2006.

/s/  Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Assistant United States Attorney on this 1st day of May 2006.

/s/ Alan J. Black