# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-40025-FDS |
| MATTHEW MARSH, *et al*, | ) ) | |
| Defendants. | ) ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ENLARGE TIME

The United States of America, by and through the undersigned Assistant U.S. Attorney, hereby responds to Defendant Matthew Marsh's motion to enlarge the time within which he must file his brief in further support of his motion to suppress by one (1) day – i.e., from May 1, 2006 until May 2, 2006.  The government does not oppose Marsh's motion to the extent that this Honorable Court adjusts the government's reply period accordingly – i.e., continues the government's deadline for a reply brief from May 4, 2006 until May 5, 2006.

Dated:  May 1, 2006

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel:  (617) 748-3268

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF