*Law Office of*

# Alan J. Black

1383 Main Street
Springfield, MA  01103

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

May 2, 2006

United States District Court
Martin Castles, Clerk
Office of the Clerk
595 Main Street, Suite 502
Worcester, MA  01608

RE:   **USA vs. Matthew Marsh**
      **Docket No. 05-40025**

Dear Mr. Castles:

Please notify Judge Saylor that it is the Defendant's intention to rely on his previously filed Memorandum of Law without further argument in the above-entitled matter.

Thank you for your attention to this matter.  If you have any questions do not hesitate to contact our office.

Very Truly Yours,
/s/ Alan J. Black

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Assistant United States Attorney on this 2nd day of May 2006.

/s/ Alan J. Black