UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) </br> ) </br> v.                                        ) </br> ) </br> MATTHEW MARSH,               ) </br> ) </br> Defendant.                     ) </br> ) | Criminal No. </br> 05-40025-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

The parties appeared before the court for a status conference on May 9, 2006.  At the hearing, defense counsel represented that he was scheduled for trial in another matter.  To accommodate defense counsel's schedule, the pretrial conference was scheduled for September 9, 2006.

To accommodate defense counsel's schedule, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from May 9, 2006, through September 6, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **June 22, 2006**