UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-40025-FDS |
| MATTHEW MARSH,<br>            Defendant. | ) ) ) ) | |

**GOVERNMENT'S WITNESS LIST**

The United States of America, by and through the undersigned Assistant U.S. Attorney, hereby submits a witness list in the above captioned matter. The government respectfully requests leave to supplement this witness list as necessary prior to trial.

1. Steven Story, Special Agent, Drug Enforcement Administration ("DEA")

2. David DiTullio, Special Agent, DEA

3. Edgar Sarabia, Special Agent, DEA

4. Kevin Sawyer, Special Agent, DEA

5. Timothy Desmond, Special Agent, DEA

6. Paul Karamourtopolous, Special Agent, DEA

7. Richard Guerard, Group Supervisor, DEA

8. Dan Genese, Special Agent, DEA

9. Clem Fisher, Special Agent DEA

10. James Gilbert, Detective, Fitchburg Police Department, Task Force Agent, DEA

11. James Connolly, Detective, Fitchburg Police Department, Task Force Agent, DEA

12. John O'Leary, Detective, Fitchburg Police Department, Task Force Agent, DEA

13. Chuck Demming, Fitchburg Police Officer, Task Force Agent, DEA

14. Kenneth Gaetz, Jr., Trooper, Massachusetts State Police

15. Kevin O'Brien, Lieutenant, Fitchburg Police Department

16. James Farrell, Patrol Officer, Fitchburg Police Department

17. Shelbie M. Hertel, Patrol Officer, Fitchburg Police Department

18. Nydia Bernabel, a/k/a "Nonni," a/k/a "Nanni"

19. Brian J. Hall, Forensic Chemist, DEA Northeast Laboratory

20. Irene Milo, Receptionist, DEA Northeast Laboratory

Dated: July 31, 2006

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2006.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF