UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
         v.                             )   Crim. No. 05-40025-FDS
                                        )
MATTHEW MARSH,                          )
                        Defendant.      )
_____)

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by and through the undersigned Assistant U.S. Attorney, hereby submits this list of proposed exhibits in the above captioned matter. The government respectfully requests leave to supplement this exhibit list as necessary prior to trial.

1. Clear plastic baggie containing crack cocaine sold by defendant, Matthew Marsh ("Marsh"), and co-defendant, Nydia Bernabel ("Bernabel"), to DEA Special Agent Steven Story on 11/9/04, consistent with DEA-7 laboratory report confirming drug weight of 1.7 grams of cocaine base;

2. DVD recording of crack cocaine transaction between Marsh and Bernabel and DEA Special Agent Story on 11/9/04;

3. Audio recording of telephone conversation between confidential witness and Bernabel to arrange 5 gram crack cocaine transaction on 11/9/04;

4. Clear plastic baggie containing crack cocaine sold by Marsh and Bernabel to DEA Special Agent Dan Genese on 11/9/04, consistent with DEA-7 laboratory report confirming drug weight of 4.7 grams of crack cocaine;

5. DVD recording of crack cocaine transaction between Marsh and Bernabel and DEA Special Agent Genese on 11/9/04;

6. Photographs of Marsh and Bernabel initialed by DEA Special Agents Story and Genese;

7. Marked buy money seized from Bernabel on 11/9/04;

8. Citation issued to Marsh on 11/9/04;

9. RMV records, including registration and ownership records, relating to 1996 Jeep Cherokee used by Marsh and Bernabel during 11/9/04 crack cocaine transactions.

Dated:  July 31, 2006                                  Respectfully submitted,

                                                       MICHAEL J. SULLIVAN
                                                       United States Attorney


                                          By:          */s/ Lisa M. Asiaf*
                                                       LISA M. ASIAF
                                                       Assistant U.S. Attorney
                                                       Tel:  (617) 748-3268


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2006.

                                                       */s/ Lisa M. Asiaf*
                                                       LISA M. ASIAF