UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | CRIMINAL NO. 4:05-cr-40025-FDS |
| V. | ) | |
| | ) | |
| MATTHEW MARSH, | ) | |
|     Defendant, | ) | |
| | ) | |

## MOTION FOR SEQUESTRATION OF WITNESSES

Now comes the Defendant in the above-entitled matter and respectfully moves this Honorable Court to order all witnesses sequestered during the course of the trial, so that each person's testimony is not affected by that of the others and to prevent the occurrence of unnecessarily suggestive identifications. See, Federal Rules of Evidence 615.

Respectfully submitted,

THE DEFENDANT
By:/s/ Alan J. Black
ALAN JAY BLACK, His Attorney
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO#553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Lisa Asiaf, AUSA on this 1st day of August 2006.

/s/ Alan J. Black