UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES ) | | |
| OF AMERICA ) | | |
|    Plaintiff ) | | |
| ) | | |
| ) | CRIMINAL NO. 4:05-cr-40025-FDS | |
| V. ) | | |
| ) | | |
| MATTHEW MARSH, ) | | |
|    Defendant, ) | | |
| _____ ) | | |

## DEFENDANT'S MOTION TO ACCEPT FURTHER MOTIONS ON SEPTEMBER 1, 2006

The defendant, Matthew Marsh requests that this Honorable Court allow him to file furhter motion in limine, objections to the Government's motions and furhter jury instructions by September 1, 2006.  The reasons for this motion are as follows:

1. The Government's motions were received the day before Attorney for the Defendant left on a three week vacation.

2. Attorney for the Defendant is out of the Commowealth until August 30, 2006.

                                        Respectfully submitted,

                                        THE DEFENDANT

                            By: /s/ Alan J. Black
                                ALAN JAY BLACK, His Attorney
                                1383 Main Street
                                Springfield, Massachusetts 01103
                                (413) 732-5381
                                BBO# 553768

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Lisa Asiaf, AUSA on this 16th day of August 2006.

                                               /s/ Alan J. Black