UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN, MCI-FRAMINGHAM**
**Western Avenue**
**P.O. Box 9007**
**Fitchburg, Massachusetts 01701-9007**

**YOU ARE COMMANDED** to have the body of **NYDIA BERNABEL, a/k/a "NONNI," a/k/a "NANNI,"** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on **September 11, 2006** at **9:00 a.m.** for the purpose of testifying in United States v. Matthew Marsh, Criminal No. 05-40025-FDS.

And you are to retain the body of said **NYDIA BERNABEL, A/K/A "NONNI," A/K/A "NANNI,"** while before said Court upon said day and upon such further days thereafter as her attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which she was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Worcester in said District this ____ day of _____, 2006.**

_____
**F. Dennis Saylor, IV**
**United States District Judge**

**SARAH ALLISON THORNTON,**

**By: _____**
**Deputy Clerk**

Requested by AUSA Lisa M. Asiaf.