UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## JOINT MOTION FOR EXCLUDABLE DELAY

The parties agree that the time period commencing September 8, 2006 through September 28,2 006 is excludable from the calculation under the Speedy Trial Act.

/s/  Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

/s/ Lisa Asiaf
Lisa Asiaf, AUSA
United States Courthouse
1 Courthouse Way
Boston, MA  02110