UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 05-40025-FDS |
| MATTHEW MARSH, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On September 8, 2006, defendant filed a joint motion to continue the change of plea hearing scheduled for September 11, 2006. As grounds therefor, counsel for defendant stated that the parties were still negotiating the terms of a plea agreement. Counsel for defendant further stated that he required additional time to discuss the terms with defendant, which would involve some travel, and to have the plea agreement approved by the United States Attorney. To accommodate this request, the Court rescheduled the change of plea hearing for September 28, 2006.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 8, 2006, through September 28, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **September 14, 2006**