UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-cr- 40025 FDS |
| V. ) | |
| ) | |
| MATTHEW MARSH, ) | |
| Defendant, ) | |
| ) | |

## MOTION FOR FUNDS FOR TRANSCRIPTS

The Defendant, by and through his undersigned attorney, respectfully moves this Honorable Court, pursuant to the United States Constitution and the Federal Rules of Criminal Procedure to order the payment of fees and costs to court reporter Marianne Kusa-Ryll for a copy of the transcript of the Defendant's Rule 11 Hearing in this matter that was held on October 23, 2006. This transcript is necessary in order to prepare a brief on the Defendant's issues of Mental Health and prior vacated convictions, which have been requested by this Honorable Court.

Respectfully Submitted,
By: /s/ Alan J. Black
ALAN JAY BLACK, His Attorney
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Assistant United States Attorney, Lisa Asiaf on this 29th day of March 2007.

/s/ Alan J. Black