UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## MOTION TO ENLARGE TIME FOR FILING DEFENDANT'S BRIEF

Now comes the Defendant, Matthew Marsh in the above-entitled matter respectfully requests that time for filing his brief be enlarged from April 2, 2007 to April 5, 2007. The reasons for this motion are as follows:

1. I just received the transcript from the Rule 11 hearing in this matter on March 30, 2007. This transcript was necessary to prepare the brief in this matter.

2. The sentencing hearing in this matter has been continued an additional four days from April 5, 3007 to April 9, 2007.

3. Additionally Passover begins today April 2, 2007 and I will not be unable to work on this brief until April 4, 2007 due to the Holiday.

4. I am also preparing for a first-degree murder trial that is scheduled to begin on April 17, 2007.

5.  Due to the above reasons I am requesting an additional three days to file my brief in this matter.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA  01103
(413) 732-5381
BBO # 533768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the Assistant United States Attorney, Lisa Asiaf on this 2nd day of April 2007.

/s/ Alan J. Black