UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )   Crim. No. 05-40025-FDS
                                    )
MATTHEW MARSH, *et al*,             )
                Defendants.         )
_____)

**GOVERNMENT'S MOTION FOR
<u>BRIEF CONTINUANCE OF FILING DEADLINE</u>**

The United States of America (the "government") respectfully requests this Honorable Court for a 3-day continuance of the deadline to file a memorandum addressing two open sentencing issues in this matter. In support of this motion, the government states as follows:

1. The parties appeared before the Court on March 23, 2007, for a Sentencing Hearing in this case. During the hearing, the Court raised some concerns related to the defendant's mental health and two prior convictions, which were recently vacated. The Court continued the Sentencing Hearing to April 5, 2007, at 10:00 a.m., with memoranda due 3 days prior to the hearing (on April 2, 20007).

2. The Sentencing Hearing has since been rescheduled to April 9, 2007.

3. Due to ongoing trial preparation in another matter, in which case the government's expert disclosures and "21-day discovery" are due by the close of business today (April 2, 2007), the undersigned attorney for the government has not had an opportunity to finish the legal research necessary to adequately address the Court's concerns.

4. In light of the foregoing, and given that the Sentencing Hearing has been continued to April 9, 2007, the government respectfully requests that the deadline to file the

legal memoranda be continued by a few days as well.

WHEREFORE, the government respectfully requests leave to file a memoranda relating to the upcoming Sentencing Hearing (which is currently set for Monday, April 9, 2007, at 3:00 p..m.) on or before close of business on Thursday, April 5, 2007, in the above referenced matter.

Dated:   April 2, 2007                                         Respectfully submitted,

                                                               MICHAEL J. SULLIVAN
                                                               United States Attorney


                                        By:         */s/ Lisa M. Asiaf*
                                                               LISA M. ASIAF
                                                               Assistant U.S. Attorney
                                                               Tel:  (617) 748-3268


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2007.


                                                    */s/ Lisa M. Asiaf*
                                                       LISA M. ASIAF