UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 (a) of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The sentence that Judge Dennis Saylor IV imposed on April 9, 2007.

Respectfully submitted,
THE DEFENDANT

By: /s/ Alan J. Black
ALAN JAY BLACK
BBO No. 553768
1383 Main Street
Springfield, MA  01103
(413) 732-5381

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Lisa Asiaf, AUSA on this 30th day of April 2007.

/s/ Alan J. Black