UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-40025-FDS

UNITED STATES OF AMERICA

V.

MATTHEW MARSH

## DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Defendant Matthew Marsh, and respectfully moves this
Honorable Court to allow him to proceed in forma pauperis.  The reasons for this motion
are as follows:

1.     Mr. Marsh has been declared indigent by the Federal District Court.

2.     I was CJA appointed to represent Mr. Marsh in this matter.

3.     Mr. Marsh is currently incarcerated in the Plymouth County House of Correction
       in Plymouth, MA and has been incarcerated since the onset of this case.

4.     We are requesting that the $455 filing fee for the Notice of Appeal be waived for
       Mr. Marsh in light of the fact that this Honorable Court has already declared him
       indigent.

                                        Respectfully Submitted
                                        THE DEFENDANT
                                        By his Attorney,

                                        /s/ Alan J. Black
                                        Alan J. Black
                                        BBO # 553768
                                        1383 Main Street
                                        Springfield, MA 01103
                                        (413) 732-5381

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to Lisa Asiaf, AUSA on this 30th day of April 2007.

<u>/s/ Alan J. Black</u>