UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number.: 05cr40025FDS

UNITED STATES OF AMERICA

v.

MATTHEW MARSH

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,4-6, 11-13, 16-26, 28-38, 40-45, 47-52, 58-70, 72-82, 85, 86, 93-97, 99-107 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s) 1-3 are th electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/30/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/1/07

Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
By:    Sherry Jones
       Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/3/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1698

**RETURN TO:   US DISTRICT COURT**
              **595 MAIN STREET, SUITE 502**
              **WORCESTER, MA 01608**

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06

RECEIVED MAY -3 2007